MARK S. COON, Acting City Attorney
California Bar No. 128122
MARGARET KOTZEBUE, Special Counsel
California Bar No. 148592
**Concord City Attorney's Office**
1950 Parkside Drive M/S 08
Concord, CA 94519
(925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants City of Concord,
David Livingston, Murtazah Ghaznawi (erroneously named
as Ghulam Ghaznawi), Aaron Smith, Kevin Bollinger and
Carl Cruz (erroneously named as Corporal Cruz)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR., <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF CONCORD; DAVID LIVINGSTON, individually and in his official capacity as CHIEF OF POLICE for CITY OF CONCORD; GHULAM GHAZNAWI, individually and in his official capacity as a police officer; AARON SMITH, individually and in his official capacity as a police officer; KEVIN BOLLINGER, individually and in his official capacity as a police officer; Corporal CRUZ, individually and in his official capacity as a police officer; and DOES 1 – 40, inclusive, <br><br> Defendants. | Case No. C12-00579 (JSW) <br><br> ~~PROPOSED~~ ORDER REGARDING STIPULATION REGARDING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |

The parties' stipulation in the within action to continue the case management conference currently scheduled for July 27, 2012 at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California, is hereby granted as follows:

//

//

1

**IT IS HEREBY ORDERED THAT:**

The case management conference shall be continued from July 27, 2012, to September 14, 2012, at 1:30 p.m. in Courtroom 11, 19th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California. The deadline for the parties to file a joint case management statement shall be no later than five (5) court days prior to the conference.

**IT IS SO ORDERED.**

Date: July 5, 2012

*Jeffrey S. White*
JEFFREY S. WHITE
United States District Court