MARK S. COON, City Attorney
California Bar No. 128122
MARGARET KOTZEBUE, Sr. Assistant City Attorney
California Bar No. 148592
SUSANNE MEYER BROWN, Assistant City Attorney
California Bar No. 191209
Concord City Attorney's Office
1950 Parkside Drive M/S 08
Concord, CA 94519
(925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants City of Concord,
David Livingston, Murtazah Ghaznawi (erroneously named
as Ghulam Ghaznawi), Aaron Smith, Kevin Bollinger and
Carl Cruz (erroneously named as Corporal Cruz)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, et al.<br><br>Defendants. | Case No. C12-00579 (JCS)<br><br>(Proposed)<br>ORDER RE RELIEF FROM FILING STANDING ORDER REQUIREMENT TO FILE JOINT STATEMENT OF UNDISPUTED FACTS TO SUPPORT MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION<br><br>Local Rule 7-11 |

Upon due consideration of defendants' Administrative Motion seeking relief from the Court's Standing Order requiring that a joint statement of the parties be filed in support of a motion for summary judgment and/or summary adjudication, I order the following:

That defendants in the above-entitled litigation are granted relief from the Standing Order ~~and are permitted to file a Separate Statement of Undisputed Facts in support of their motion~~. JCS

IT IS SO ORDERED.

Dated: __May 7__, 2013

IT IS SO ORDERED
AS MODIFIED
Judge Joseph C. Spero

_____
United States Magistrate Judge

ORDER