MARK S. COON, City Attorney
California Bar No. 128122
MARGARET KOTZEBUE, Senior Assistant City Attorney
California Bar No. 148592
SUSANNE MEYER BROWN, Assistant City Attorney
California Bar No. 191209
**Concord City Attorney's Office**
1950 Parkside Drive M/S 08
Concord, CA 94519
(925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants City of Concord,
David Livingston, Murtazah Ghaznawi (erroneously named
as Ghulam Ghaznawi), Aaron Smith, Kevin Bollinger and
Carl Cruz (erroneously named as Corporal Cruz)

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, et al.<br><br>Defendants. | Case No. C12-00579 (JCS)<br><br>**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>(Federal Rule of Evidence 201)<br><br>Date: July 19, 2013<br>Time: 9:30 a.m.<br>Court: Courtroom G, 15th Floor<br>Judge: Magistrate Judge Joseph C. Spero |

Defendants, by and through their attorney, hereby requests the Court to take judicial notice pursuant to Federal Rule of Evidence 201 of the following documents:

1. Certified copy of Complaint filed in the Superior Court of California, Contra Costa County, entitled *People v. Richard Tarantino*, Contra Costa Superior Court No. 138389-2, attached as Exhibit H.

2. Certified copies of verdict forms, jury instructions, and minute orders of jury trial filed in *People v. Tarantino*, Contra Costa Superior Court No. 138389-2, attached as Exhibit I.

Respectfully submitted,

Dated: May 16, 2013

MARK S. COON
City Attorney

By: *Margaret Kotzebue*
MARGARET KOTZEBUE
Senior Assistant City Attorney
Attorneys for Defendants