FILED

2009 JUL 30  A 10:33

*R. Campbell* (signature)

SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
WALNUT CREEK

THE PEOPLE OF THE STATE OF CALIFORNIA,

VS.

RICHARD TARANTINO,
                    DEFENDANT./

NO. 138389-2
DA NO. C 08 002716-9
COMPLAINT - MISDEMEANOR

01) PC 240/241(c)
02) PC 148(a)(1)
03) CVC 14601.1(a)
    W/PRIORS

The undersigned states, on information and belief, that RICHARD TARANTINO, Defendant, did commit a misdemeanor, a violation of PENAL CODE SECTION 240/241(c) (ASSAULT ON PEACE OFFICER, ETC.), committed as follows:

On or about February 6, 2008, at Concord, in Contra Costa County, the Defendant, RICHARD TARANTINO, did unlawfully assault Officer Ghaznawi a peace officer.

*[handwritten: MUNTAZOA ... OFFICERS AARON SMITH AND]*

COUNT TWO:

The undersigned further states, on information and belief, that RICHARD TARANTINO, Defendant, did commit a misdemeanor, a violation of PENAL CODE SECTION 148(a)(1) (RESIST, OBSTRUCT, OR DELAY A PEACE OFFICER), committed as follows:

On or about February 6, 2008, at Concord, in Contra Costa County, the Defendant, RICHARD TARANTINO, did willfully and unlawfully resist, delay, and obstruct a public officer, a peace officer or an emergency medical technician in the discharge of and the attempt to discharge a duty of his or her office.

*[handwritten: 4/8/09 Amended on face on motion of DDA Jordan Sanders over defense objection       D-26]*

This document is a correct copy
of the original on file in this office.
ATTEST:

FEB 21 2013

S. ROMBER?, CLERK OF THE COURT
SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
By _____
      Deputy Clerk

PEOPLE V. RICHARD TARANTINO           PAGE   2           NO. 138389-2
                                                         DA NO. C 08 002716-9

COUNT THREE:

The undersigned further states, on information and belief, that RICHARD TARANTINO, Defendant, did commit a misdemeanor, a violation of VEHICLE CODE SECTION 14601.1(a) (DRIVING WHEN PRIVILEGE SUSPENDED OR REVOKED FOR OTHER REASON), committed as follows:

On or about February 6, 2008, at Concord, in Contra Costa County, the Defendant, RICHARD TARANTINO, did unlawfully drive a motor vehicle upon a highway at a time when his driving privilege was suspended and revoked for a reason other than one listed in section 14601 and 14601.2 of the Vehicle Code, and when he had knowledge of such suspension and revocation.

PRIOR CONVICTION(s)

It is further alleged that within _five_ years of the commission of the above offense, said Defendant committed an offense which resulted in a conviction of sections 14601(a), 14601.1 or 14601.2 of the Vehicle Code, as follows:

| VIOL. DATE | CONV. DATE | OFFENSE | DOCKET | COURT |
|---|---|---|---|---|
| 02/15/07 | 10/01/07 | CVC 14601.1 | 979521-2 | SUPERIOR CRT, WAL CRK |

COMPLAINANT REQUESTS THAT DEFENDANT(S) BE DEALT WITH ACCORDING TO LAW. I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.
DATED: July 23, 2008           AT MARTINEZ, CALIFORNIA

                                        _____
                                        OFC GARMON
                                        COMPLAINANT

_____
LINDSEY CHOW/dc
DEPUTY DISTRICT ATTORNEY                CONCORD POLICE DEPARTMENT

SUPERIOR COURT OF CALIFORNIA
COUNTY OF CONTRA COSTA
WALNUT CREEK

FILED
2008 JUL 30 A 10:33

J. Campbell

THE PEOPLE OF THE STATE OF CALIFORNIA,

    V.

RICHARD TARANTINO

                DEFENDANT(S)./

NO. 138389-2
DA NO. C 08 002716-9
DECLARATION

---

THE UNDERSIGNED DECLARES:

    DECLARANT IS AN OFFICER OF THE AGENCY SHOWN BELOW, WHICH AGENCY HAS CONDUCTED AN OFFICIAL INVESTIGATION INTO THE ABOVE-ENTITLED CAUSE. ATTACHED HERETO AND INCORPORATED HEREIN BY REFERENCE AS IF SET FORTH IN FULL ARE COPIES OF THE DOCUMENTS, LISTED BELOW, AND ATTENDANT DOCUMENTS THERETO.

CONCORD POLICE DEPARTMENT      CASE NO. 08-2727

    SAID INCORPORATED DOCUMENTS WERE PREPARED IN THE ORDINARY COURSE OF BUSINESS AND PURSUANT TO THE SWORN DUTY OF THE OFFICER SUBSCRIBING SAME.

    DECLARANT IS INFORMED AND THEREFORE BELIEVES THAT SAID DEFENDANT COMMITTED THE OFFENSE(S) CHARGED IN THE ACCOMPANYING COMPLAINT IN THE MANNER AND BY THE MEANS AS SET FORTH IN SAID INCORPORATED DOCUMENTS AND THEREFORE PRAYS

    (XX)    THAT A WARRANT BE ISSUED FOR THE ARREST OF SAID DEFENDANT.

    (XX)    DEFENDANT BE HELD IN CUSTODY UNTIL BAIL IS POSTED.

    I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.

DATED: July 23, 2008

OFC GARMON
DECLARANT

CONCORD POLICE DEPARTMENT
AGENCY

---

ORDER

THE COURT FINDS, BASED ON THE DECLARATION FILED HEREIN, THAT THERE IS PROBABLE CAUSE TO BELIEVE THE ABOVE-NAMED DEFENDANT COMMITTED THE CRIME(S) ALLEGED IN THE COMPLAINT AND ORDERS THAT:

        ( )    A WARRANT BE ISSUED FOR THE ARREST OF SAID DEFENDANT.
        ( )    DEFENDANT BE HELD IN CUSTODY UNTIL BAIL IS POSTED.
        ( )    BAIL SET AT $_____.

DATED:

                                        JUDGE OF THE SUPERIOR COURT