

# NOTICE OF CLAIM AGAINST THE CITY OF CONCORD, CALIFORNIA
(Government Code §910, 910.2)

**RECEIVED**

**RETURN TO:** Attention: Casualty Claims Coordinator
City Attorney
City of Concord
1950 Parkside Drive, MS/08
Concord, CA 94519-2578

AUG - 5 2008

City Attorney ___in person___

> For claims related to injury to person or personal property, this form must be filed with the City of Concord within **six months** from the accrual of the cause of action. A claim related to any other cause of action shall be presented no later than **one year** after accrual of the cause of action.

**CLAIMANT'S NAME:** Richard-Andrew, Jr.: Tarantino        **Phone** (925) 686-1206

**CLAIMANT'S ADDRESS:** 1650 Denkinger Road
Number / Street
Concord        California        [94521]
City / State / Zip

Name and address of person to whom notices regarding this claim should be sent *(if different than above):*
**NAME**                                                         **ADDRESS**
CC: City Council; City Manager; PD                                2008-1098

Date of the ~~accident or~~ occurrence: (R.T.) February 6, 2008 (Wednesday) 5:45 pm
Place of the ~~accident or~~ occurrence: (R.T.) Concord High School parking lot

General description of the ~~accident or~~ occurrence (R.T.) (Attach additional pages if more space is needed.):
I was traveling in my private automobile in my private capacity as a matter of right. I committed no moving violation. I was stopped without a warrant or probable cause. I committed no crime. I asked questions of the police officers. They started to act in a bizarre manner. They wedged my legal documents w/ my notarized + apostilled identity into my door jamb and then stood back 4' while taunting me to open my door so I could have my legal papers back. It was obvious they intended to cause me harm by their actions. I started to fear for my safety due to their behavior. I requested a Police Supervisor to come out and assist me in dealing with them. I was promised (3) times that they had called a Supervisor. The Supervisor never showed up. Instead the police officers had a little meeting to plan out how they were going to circumvent the need for a Police Supervisor. The larger police officer, Aaron Smith emerged from the meeting with his police baton removed from his holster. He walked from the rear corner of my vehicle to my driver's side mirror and placed his back towards my mirror and proceeded to position himself in an offensive stance and then wait for the other police officers to signal that they were ready. *See Attached Sheet*

If this claim involves a towed vehicle, please list vehicle license plate number. 1993 Ford Bronco XLT    ID# 1FMEU15H7PLB28576
1993 Ford Bronco Freedom Personal Property Trust: Dated December 17, 2007   David Monroe Hess, Trustee
Names, if known, of any public employees with knowledge of the injury or loss:
Concord Police Officer Ghulam Ghaznawi (nickname: Murtaza)    ID# 482
Concord Reserve Police Officer Aaron Smith                    ID# 2809
Concord Reserve Police Officer Kevin Bollinger                ID# 2785

FIN-34-1 OCT 02

Name(s) and address(es) of witness(es):

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| 1. Concord Police Officers | | |
| 2. Medical Staff | Mt. Diablo Hospital | |
| Dr. Mark Wilbur + Nadine Wilbur | Chiropractor | 676-1955 |

Name(s) and address(es) of doctors, hospitals where treated:

| NAME | ADDRESS | TELEPHONE |
|---|---|---|
| 1. Leland Mew | Mt. Diablo Hospital | |
| 2. Robert Schick | Mt. Diablo Hospital | |

General description of the loss, injury or damage suffered:

False Arrest, False Imprisonment, Assault + Battery with deadly force causing bodily + mental injury, Criminal Trespass, Perjury of Oath, Conspiracy, Racketeering, Grand Theft, Extortion, Denial of Due Process, Defamation of Character (libel + slander, Unlawful search + siezure + others

Total Amount Claimed: $ To Be Determined

This claim would be an unlimited jurisdiction case as well as a criminal case

The basis of computing the total amount claimed is as follows:

Damages incurred to date:

Medical Expenses       $ Ongoing Medical Treatment

Loss of Earnings       $ _____

Special Damages For:   To Be Determined

(Attach copies if available.)

I/We, the undersigned, declare under penalty of perjury that I/We have read the foregoing claim for damages and know the contents thereof; that the same is true of my/our own knowledge and belief, save and except as to those matters wherein stated on information and belief, and as to them, I/we believe it to be true.

Dated: August 5, 2008

Reserving All Rights
Richard Andrew, Jr.: Laurentano
Signature of Claimant(s)

Please note that this claim form and the information provided on the form may constitute a public record under Government Code Section 6250 et seq. ("California Public Records Act").

Page 1

General description of the occurrence: Additional

At all times I remained respectful, polite and patient. It was obvious the police officers had lied to me. They promised me that a Police Supervisor had been called and he was on his way. It was also obvious that police officer, Aaron Smith was getting ready to break my window on the driver's side door. I pleaded with the officer not to break my window. He asked me to open the door and come out of the vehicle. I told him I am afraid of what you are going to try to do to me because of your earlier behavior. I promised him that when the Police Supervisor gets here I will get out of the vehicle and talk to him. The officer ignored me and looked one more time to make sure everyone was ready. The officer was rearing back with his baton in an attempt to break my window. I told him I was going to call 911 because they were out of control. The officer's 1st strike to the window did not break it. I tried to dial 911, but I am not sure if I was able to press the buttons in time. The 2nd strike to the window was successful in breaking the glass. I was ordered to exit the vehicle. I was in shock at what just happened. Officer Ghaznawi stepped up as soon as the window was broken and reached in and grabbed the inside door lever and flung the door open. All three police officers were screaming at the top of their lungs. I sat there frozen. I was in fear for my life, as the officer who broke my window was standing in the middle between the other officers, he had his baton in his hands and he was standing in a baseball stance with a look of evil in his eyes like he couldn't wait to pummel me with his baton. Eventually, I exited the vehicle with great reluctance. I tried to ask for the Supervisor to no avail. I was scared and I tried to keep my distance away

Page 2

away from them. I had my arms up so I would not be hit in the head. They ordered me to get on the ground and I was standing there paralyzed to even move. Officer Ghaznawi, who was standing approx. 12' to 15' away to the right of the other officers, tasered me. As I went down to my knees the officer, Aaron Smith who was standing in the middle approx. 12' to 15' away ran up to me and hit me on the head just above my left eye. I was tasered a 2nd time with another burst of voltage. As I laid there on the ground on my stomach with my hands protecting my face from the pavement. I was tasered a 3rd time. As I lay motionless on the ground, I was pounced on and struck several times by the officers. I did not resist, however when my hands were behind my back as they ordered one arm at a time, they yelled out to stop resisting because my arms were not flexible enough to go up to the back of my neck as they were trying to force them to do. While I was laying there in pain, the officers made several derogatory marks. "How did you like that?" "We've got somemore of that for you, you piece of shit." "Who do you think you are demanding a Supervisor?" "We don't need a Supervisor to deal with a loser like you." "Now you know who's boss." I was bleeding from the head and I was not responding to their comments and taunting. My head was turned away from them. One of the officers came over and checked me and then proceeded to tell the other officers "We fucked him up pretty bad.... Maybe we should call an ambulance?" Another officer responded, "Oh, he's probably just faking it." Eventually an ambulance did arrive and I was checked out by the paramedics and placed on a backboard to secure my back and neck.

I was transported to the Mt. Diablo Hospital to be X-rayed and examined by a doctor. After my X-rays were taken, I was placed in a separate room by myself while duct taped to a backboard laying on a gurney.

Note: At the scene officer Ghaznawi started bragging to the paramedics and others on the scene that he knew I was intoxicated on alcohol and high on drugs. He made the same claims to others at the hospital. Neither claim was true.

While laying on the gurney I overheard the police officers in the hallway, trying to get their story straight and conspiring further against me. Officer Aaron Smith, (the officer who broke my window) was telling others in the hospital hallway that he saw me reach down below and under my driver's side seat and he thought I was going to pull out a gun, and therefore that he feared for his life and that is why he broke the driver's side window with his baton. This was a blatant lie. Why would a police officer bring a baton to an alleged gun fight or pull out a baton in this situation. Furthermore why would a police officer position himself and leave himself in harm's way and wait to break my window if he believed I truly had a gun. He would have pulled out his gun or he would have gotten himself out of harm's way.

Once again emphasis on blatant lie by Officer Aaron Smith.

At the hospital in this same room my Miranda rights were read to me with a witness present (two times) successively at my request. After hearing the conspiring and lying by the Police Officers in the hallway, I told the officers that based on those rights, I would be reserving all rights and the right to remain silent. Shortly before the officer's came into the room to read the

Miranda rights to me. I heard them in the hallway conspiring how I was going to be charged with Felony assault on Police Officers and resisting arrest. This apparently is one of their usual tactics to cover up the nature of the crimes they commit against the ~~citenry cite~~ citizenry they have sworn an oath to protect. I could not believe what I was hearing. Officer Ghaznahi at one point told me he was going to take my blood. I asked him if he was a doctor as well as a police officer. He said he was not. Therefore, I told him he had no authority or qualifications to take my private property, which is my blood from my private body. He then leaned over me with a flashlight and looked into my eyes. At this time he made a statement ~~of~~ concluding that I was not intoxicated and not on drugs. He accused me prior to this to having an illegal box in the car with containers of protein. I told him that was a lawful nutritional program that I distribute to help others improve their health and lose weight.

I was transported, by the (2) police officers that did this to me, to the Concord Police Station. On the way to the police station the officers told me they were going to book me at the Concord jail + then transport me to the County jail in Martinez where I would be housed for 2 or 3 days and then be brought before a judge for assaulting police officers and resisting arrest. I asked the police officers where my special legal papers were, including the (2) page Courtesy Notice w/ the Miranda Warning to them, you know the ones you wedged into my door jamb and then stood back taunting me to open the door, so you could harm me.

They told me they had all my legal papers in their trunk. I told them to make sure I have all of those legal papers with me at the county jail so that when I go in front of the judge he will be able to see what my status and standing is and that I am a foreign public official and I am sure the judge will be interested to hear my side of the story. When I arrived at the Concord Police Station I requested to talk to a Police Supervisor or Sergeant because I was promised at the scene to be able to speak to a Supervisor at the scene. I explained several things to Corporal Cruz to enlighten him about several issues. Later that evening at approx. 9:45 p they decided not to bring me to county jail as they claimed all along they were going to. I was booked/photographed and fingerprinted and later told that I was being released on my own recognizance. I was not given any paperwork ordering me to appear in court, nor was I given any kind of a citation or ticket. I broke no laws, I damaged or injured no one. I am a Christian man of peace and I go out of my way to help & serve others. I did not ask for this and I did not deserve to be treated this way. My body ached all over for several months. ~~The police~~ I have had numerous treats to help me rehabilitate. The police officers that conspired together and did this to me have committed numerous criminal acts and are not fit to be police officers in any city. They have no business being in a a place of power and trust, especially when they abuse that power on the very Citizens they have sworn an oath to uphold and protect.