September 10, 2008

## Denial of Claim

Mr. Richard-Andrew, Jr.:Tarantino
1650 Denkinger Road
Concord, CA 94521

Re:   Notice of Claim against the City of Concord

Dear Mr. Tarantino:

Pursuant to the authority vested in me by the City Council, you are hereby notified that the claim you presented to the City of Concord dated August 5, 2008, pertaining to an incident occurring on or about February 6, 2008, in an undetermined dollar amount is hereby rejected in its entirety.

### WARNING

Subject to certain exceptions, you have only six (6) months from the date this notice was personally delivered or deposited in the mail to file a court action on this claim. See Government Code Section 945.6. This warning does not extend the statute of limitations involving any federal cause of action.

You may seek the advice of an attorney of your choice in connection with this matter. If you desire to consult an attorney, you should do so immediately.

Very truly yours,

CRAIG LABADIE
City Attorney

*Mark S. Coon /vek*

BY:   MARK S. COON
      Assistant City Attorney



## PROOF OF SERVICE

I, Vicki DiMaggio, declare that I am a citizen of the United States and a resident of the County of Contra Costa, State of California. I am over the age of eighteen years and not a party to this action; my business address is City of Concord, 1950 Parkside Drive M/S 08, Concord, California 94519.

On September 10, 2008, I served the within *Denial of Claim* on the claimant in said action by placing a true copy thereof enclosed in a sealed envelope with first class postage thereon fully prepaid for collection and mailing in the course of ordinary business practice with other correspondence of the City of Concord in the United States Post Office mailbox at Concord, California, addressed as follows:

Mr. Richard-Andrew, Jr.:Tarantino
1650 Denkinger Road
Concord, CA  94521

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 10, 2008 at Concord, California.

*Vicki DiMaggio*
Vicki DiMaggio