MARK S. COON, City Attorney
California Bar No. 128122
MARGARET KOTZEBUE, Senior Assistant City Attorney
California Bar No. 148592
SUSANNE MEYER BROWN, Assistant City Attorney
California Bar No. 191209
**Concord City Attorney's Office**
1950 Parkside Drive M/S 08
Concord, CA 94519
(925) 671-3160
(925) 671-3469 (fax)

Attorneys for Defendants City of Concord,
David Livingston, Murtazah Ghaznawi (erroneously named
as Ghulam Ghaznawi), Aaron Smith, Kevin Bollinger and
Carl Cruz (erroneously named as Corporal Cruz)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| RICHARD ANDREW TARANTINO, JR.,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF CONCORD, et al.<br><br>Defendants. | Case No. C12-00579 (JCS)<br><br>**DECLARATION OF JOSEPH SURGES IN SUPPORT OF DEFENDANTS' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT AND/OR SUMMARY ADJUDICATION**<br><br>Date: July 19, 2013<br>Time: 9:30 a.m.<br>Court: Courtroom G, 15th Floor<br>Judge: Magistrate Judge Joseph C. Spero |

I, JOSEPH SURGES, declare:

1. I am employed with the City of Concord Police Department as the Records Manager.

2. Attached as Exhibit J is a true and correct copy of the NOTIFICATION OF COURT DISPOSITION concerning Richard Tarantino prepared in connection with Contra Costa Superior

---
1
DECLARATION OF SURGES IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

1  Court Case Number 01-138389-2, which I received from the Contra Costa County Superior Court as
2  part of my regular duties as Records Manager for the Concord Police Department.
3      I declare under the penalty of perjury that the foregoing is true and correct.
4  Dated: May 13, 2013

*[signature]*
JOSEPH SURGES