Exhibit J

```
                NOTIFICATION OF COURT DISPOSITION
INCIDENT REPORT AGENCY 32      NBR  08-2727        DATE 02/06/2008
         CASE NUMBER:01 138389 2  DEFENDANT NUMBER:  001

TARANTINO, RICHARD
DOB 06/20/1965

-----CHARGES FILED----SEV--VIO DATE
 PC 240/241(c)         M    02/06/2008
 PC 148(a)(1)          M    02/06/2008
 CVC 14601.1(a)        M    02/06/2008
---------------------------DISPOSITION OF COUNTS-------------------------
--DATE------CNT---------------------SEV-SOURCE-CD
04/16/2009  01 PC 240/241(c)        M    JT   CONV
            02 PC 148(a)(1)         M    JT   CONV
            03 CVC 14601.1(a)       M    JT   CONV
----------DATE------CNT----------SENTENCING/SUBSEQUENT ACTIONS-----------
         04/28/2009  999  OTHER  $60 SEC FEE/$90 CCA FEE
                          JAIL     30 MONTHS
                           14 DAYS   CREDIT
                          R/F       $100.00  AMT
                          ORDERED TO PAY TO CCU
```