United States District Court<br>Northern District of California

1
2
3

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| RICHARD ANDREW TARANTINO, | Case No. 12-cv-00579-JCS |
|---|---|
| Plaintiff, | |
| v. | **CLERK'S NOTICE** |
| CITY OF CONCORD, et al., | Re: Dkt. No. 54 |
| Defendants. | |

TO ALL PARTIES AND COUNSEL OF RECORD:

YOU ARE NOTIFIED THAT the hearing on Defendants' Motion for Summary Judgment, dkt no. 54, previously noticed for July 26, 2013, at 9:30 A.M. has been rescheduled to **July 26, 2013, at 1:30 P.M.,** before Magistrate Judge Spero, Courtroom G, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Regardless of whether the Court reschedules the hearing date, all opposition and reply papers shall be timely filed pursuant to Civil L.R. 7-7(d).

Dated: June 10, 2013

Richard W. Wieking
Clerk, United States District Court

*Karen L. Hom*

Karen Hom, Deputy Clerk to the
Honorable JOSEPH C. SPERO
415-522-2035